**IT IS SO ORDERED.**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

s/Christopher A. Boyko
**CHRISTOPHER A. BOYKO,**
**SENIOR U.S. DISTRICT JUDGE**
Date: 2/24/2020

| | |
|---|---|
| STEPHANIE MCCOY, Administrator of the Estate of JAMES FITZPATRICK, Deceased, <br><br> Plaintiff, <br><br> -vs- <br><br> CITY OF ELYRIA, OHIO, et al., <br><br> Defendants. | Case No. 1:19CV-00611 <br><br> Judge Christopher A. Boyko <br><br><br> **NOTICE OF STIPULATED DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal without prejudice of all of Plaintiff's Claims against all Defendants. The Parties agree that Plaintiff has the right to refile all claims within one year after the date of this stipulated dismissal, pursuant to the Ohio Rev. Code § 2305.19(A).

Respectfully submitted,

*/s/ Jacqueline Greene*
Marcus S. Sidoti (0077476)
Jacqueline Greene (0092733)
Sarah Gelsomino (0084340)
FRIEDMAN & GILBERT
50 Public Square, Suite 1900
Cleveland, Ohio 44113
T: (216) 241-1430
F: (216) 621-0427
marcus@f-glaw.com
jgreene@f-glaw.com
sgelsomino@f-glaw.com

*Counsel for Plaintiff Stephanie McCoy*

*/s/ James A. Climer (per email consent)*
James A. Climer  (0001532)
Amily A. Imbrogno (0092434)
MAZANEC, RASKIN & RYDER CO., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
T: (440) 248-7906
F: (440) 248-886
jclimer@mrrlaw.com
aimbrogno@mrrlaw.com

Amanda Deery (0077438)
CITY OF ELYRIA
131 Court Street, #201
Elyria, OH  44035
(440) 326-1464
adeery@cityofelyria.org

*Counsel for Defendants City of Elyria, Ohio, Donald Moss, William Pelko, Detective Sumpter and Detective Miracle*